IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| RICHARD GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11CV85–HEH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on the parties' cross motions for summary judgment (ECF Nos. 7, 12), the Magistrate Judge's Report and Recommendation (ECF No. 15), and Plaintiff's objections thereto (ECF No. 18). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's objections are OVERRULED; Plaintiff's Motion for Summary Judgment (ECF No. 7) is DENIED; Defendant's Motion for Summary Judgment (ECF No. 12) is GRANTED; the Report and Recommendation is ADOPTED; and, the decision of the Commissioner is AFFIRMED.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                 /s/
Date: Aus. 21, 2012              Henry E. Hudson
Richmond, Virginia           United States District Judge